

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00251-CV

**IN RE** Marie **BERGMAN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

Delivered and Filed:  May 8, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On April 22, 2013, Relator Marie Bergman filed a petition for writ of mandamus, asking in part that we reinstate the order appointing Relator as the guardian in Cause Number 74-CI-10952. The court has considered Relator's petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 74-CI-10952, in the 73rd Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.